# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dillon Rock,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>N. Cummings, et al.,<br><br>　　　　　Defendants. | **NO. CV-20-01837-PHX-DWL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 5, 2023, judgment is entered in favor of Defendants Cummings, McCarthy, Preston, Torres, and White.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 5, 2023

　　　　　　　　　　　　　　　　　　s/ S. Ferdig
　　　　　　　　　　　　　　By　　Deputy Clerk