# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dillon Rock,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>N. Cummings, et al.,<br><br>　　　　　Defendants. | NO. CV-20-01837-PHX-DWL<br><br>**JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Amended Minute Entry filed May 16, 2025, judgment is entered in favor of plaintiff and against defendant in the amount of $0.50.

　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

May 19, 2025

　　　　　　　　　　　　　　　　s/ Sara Quinones
　　　　　　　　　　　　　By　Deputy Clerk