UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DILLON ROCK,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>MIKE MILLER, Officer, (#1115), Individually,<br><br>      Defendant - Appellee,<br><br>and<br><br>N. CUMMINGS, Officer, (#1228), Individually; et al.,<br><br>      Defendants. | No. 26-382<br><br>D.C. No.<br>2:20-cv-01837-DWL<br>District of Arizona, Phoenix<br><br>ORDER |
| DILLON ROCK,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>MIKE MILLER,<br><br>      Defendant - Appellant,<br><br>and<br><br>N. CUMMINGS; et al.,<br><br>      Defendants. | No. 26-386<br>D.C. No.<br>2:20-cv-01837-DWL<br>District of Arizona, Phoenix |

The conference previously scheduled for February 11, 2026, is canceled.

Pursuant to the stipulation of the parties (Docket Entry No. 7), these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator